JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PAUL WILSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD, Warden of San Quentin State Prison,<br><br>　　　　Respondent. | CASE NO. CV 07-519 MWF<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

　　　Pursuant to the Order Denying Second Amended Petition for Writ of Habeas Corpus issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is denied and that judgment is entered in favor of Respondent and against Petitioner.  The Order constitutes final disposition of the Petition by the Court.

　　　The Clerk is ordered to enter this judgment.

　　　**IT IS SO ORDERED.**

Dated:  March 27, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge